1  MAGDALINA KALINCHEVA M.D.

2  543 W VINE ST

3

4  STOCKTON, CA  95203

5  Phone: TAPED, DISCONNECTED Pro se



FILED
FEB 2 0 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

ANY DISTRICT OF CALIFORNIA

| Magdalina Kalincheva M.D., | '13 CV 0384 MMA BLM |
|---|---|
| Plaintiff, | MOTION TO FILE AND PASSWORD PROTECT OUR CASE, TO BE ON ET TV, GAG ORDERS |
| vs. | |
| Jesse Neubarth, | |
| Defendant(s). | |

The Plaintiff in the above entitled matter hereby moves the court for orders:

**1. To file and PASSWORD PROTECT OUR DOCKET and CASE not to be available to the public, NOT TO BE AVAILABLE on the internet THROUGH PACER and court's ECF** to the public - the THIEVES-MURDERERS who stole Plaintiff's life and set her up for murder since 1992 extremely wrongful and illegal divorce 244725, stole last two years of her time knowing that she has to be a mother. They never stopped: controlling, wronging, illegal acts, legal malpractices, GRAND THEFTS, **ILLEGAL BILLINGS**, IDENTITY THEFT, deleting all her dating

profiles, illegal abduction by police, illegal mental record under duress, installing door chime alarm with remote switch they have, taping her phone to do everything against her, murder attempts and stopping delaying dismissing the case in Sacramento stealing the last two years of her life knowing that she has to be married, to have children biologically hers, to be pregnant, to be a mother first, to renew her medical doctor license, to work as a doctor, to move to another state. **Our docket must be PASSWORD PROTECTED to be viewable only by people with password: both parties and the people from San Francisco who work on it.** Plaintiff's phone was taped not only to know everything about her but did everything against her: called and cancelled her dental appointments which are emergencies, stole her US mail letters to prolong the time stolen from her. Plaintiff disconnected and has No phone as a result. All described in the complaint personal injuries/property damages stolen/damaged/destroyed/trashed everything from her again like in 1992 are a result of illegal involvement of the public/police which should never happen. Defendant had to prevent and to stop this involvement as we talked and had agreement before Magdalina to come here. Jesse illegally involved the public to avoid financial responsibility under I-864 and to avoid divorce modification, to avoid STOLEN LIFE 67 YEARS TORT. Unlike other women who were not married, I came married with professional degree, and protected by two contracts and federal contract I-864 they still violate. I would like

the same protection as Mel Gibson Oksana case was - password protected not available on Internet, not available to public, restricted by password access to docket, locked.

**2. To be on TV to pay all expenses**: either ET or TheBachelorette show I can do, then Wedding on TV like Bachelorette Ashley Herbert and JP's wedding on December 16, 2012. If the public wants any information about the Plaintiff or our case our case to be on TV: Entertainment Tonight TV show or The Bachelorette show, TV shows to pay all expenses for the case like Mel Gibson Oksana case was on ET TV which paid all expenses for their case and to **41 lawyers working for her protecting her at no cost for her**. All lawyers working on the case must be by Magdalina's choice only and working in her interest, to be paid by TV. No other information to the public should be given. **3. Gag orders for all defendants** not to give any information accept WHAT IS ON TV ONLY to pay all expenses for enforcement of the case.

**4. To do the same with all other our cases – 2:12-CV-2231-JAM-DAD docket in Sacramento must be transferred to San Francisco and password protected not available through PACER or ECF but only on ET TV.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED: December 28, 2012

*Magdalina Kalincheva* (signature)
MAGDALINA KALINCHEVA M.D.
Plaintiff, Pro se