MAGDALINA KALINCHEVA M.D.
543 W VINE ST
STOCKTON, CA 95203
Phone: N/A   Pro se

FILED
2013 FEB 22 PM 4:12

NUNC PRO TUNC
FEB 20 2013



# IN THE UNITED STATES DISTRICT COURT

# ANY DISTRICT OF CALIFORNIA

Magdalina Kalincheva M.D.,

   Plaintiff,

   vs.

Jesse Neubarth,

   Defendant(s).

'13 CV 0384 MMA BLM

**MOTION FOR OFFICIAL SERVICE OF PROCESS BY U.S. Marshal**

The plaintiff in the above entitled matter hereby moves the court for an order directing the United States Marshal's Service to serve process pursuant to 28 U.S.C. § 1915.

The court has already received and filed my application to file the matter in forma Pauperis, COMPLAINT, Motions, Exhibit 1, 2, 3. 4. The full names and addresses of the defendants are: JESSE NEUBARTH at 5711 BAYBERRY AVE, BAKERSFIELD CA 93308

DATED: January 22, 2013

*MKalincheva*
MAGDALINA KALINCHEVA M.D.
Plaintiff, Pro se

Page 1 of 1
MOTION FOR OFFICIAL SERVICE OF PROCESS